Dismissed and Memorandum Opinion filed April 6, 2006









Dismissed and Memorandum Opinion filed April 6, 2006.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-01269-CV

____________

 

IN THE INTEREST OF N.C., A CHILD

 



 

On Appeal from the
313th District Court

Harris County,
Texas

Trial Court Cause No.
05-08824J

 



 

M E M O R A N D U M   O P I N I O N

This is an attempted appeal from an order
signed December 14, 2005, certifying the defendant to stand trial as an adult
and transferring the defendant to a criminal court.  Such an order is only appealable
in conjunction with the appeal of a conviction of or an order of deferred
adjudication for the offense for which the defendant was transferred to
criminal court.  See Tex. Code Crim. Proc. art.
44.7(a), (b). 

On March 7, 2006, notification was
transmitted to all parties of the Court=s intent to
dismiss the appeal for want of jurisdiction. 
See Tex. R. App. P. 42.3(a).  Appellant filed no response.

Accordingly, the appeal is ordered
dismissed.

PER CURIAM

Judgment
rendered and Memorandum Opinion filed April 6, 2006.

Panel consists
of Justices Hudson, Fowler, and Seymore.